IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $69,375.00 IN UNITED STATES CURRENCY;
2. $9,715.00 IN UNITED STATES CURRENCY;
3. 10908 UNITY LANE, COMMERCE CITY, COLORADO;
4. MEN'S ROLEX OYSTER PERPETUAL DATE WATCH;
5. 3428 PURCELL STREET, BRIGHTON, COLORADO;
6. $8,101.00 IN UNITED STATES CURRENCY;
7. 14358 GLENAYRE CIRCLE, PARKER, COLORADO;
8. $14,998.00 IN UNITED STATES CURRENCY;
9. $22,036.00 IN UNITED STATES CURRENCY;
10. 2016 LEXUS GX 460, VIN: JTJBM7FX9G5145879;
11. $5,044.00 IN UNITED STATES CURRENCY;
12. 674 WIND ROWER COURT, BRIGHTON, COLORADO;
13. $15,110.00 IN UNITED STATES CURRENCY;
14. $2,340.00 IN UNITED STATES CURRENCY;
15. 11425 HELENA STREET, COMMERCE CITY, COLORADO;
16. $4,000.00 IN UNITED STATES CURRENCY;
17. 2015 LEXUS RX 350 VIN: JTJZK1BA6F2422782;
18. $3,100.00 IN UNITED STATES CURRENCY;
19. 15725 E. 97TH AVENUE, COMMERCE CITY, COLORADO;
20. $3,332.00 IN UNITED STATES CURRENCY;
21. $5,294.00 IN UNITED STATES CURRENCY;
22. $8,120.00 IN UNITED STATES CURRENCY;
23. $5,154.00 IN UNITED STATES CURRENCY;
24. 385 MATSUNO STREET, BRIGHTON, COLORADO;
25. 2014 HONDA CRV VIN: 3CZRM3H33EG710843; AND
26. 370 CLUBHOUSE DRIVE, FORT LUPTON, COLORADO;

       Defendants.

_____

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

THIS MATTER comes before the Court on the United States' *Amended Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

a. $69,375.00 in United States Currency
b. $9,715.00 in United States Currency
c. 10908 Unity Lane, Commerce City, Colorado
d. Men's Rolex Oyster Perpetual Date Watch
e. 3428 Purcell Street, Brighton, Colorado
f. $8,101.00 in United States Currency
g. 14358 Glenayre Circle, Parker, Colorado
h. $14,998.00 in United States Currency
i. $22,036.00 in United States Currency
j. 2016 Lexus GX 460, VIN: JTJBM7FX9G5145879
k. $5,044.00 in United States Currency
l. 674 Wind Rower Court, Brighton, Colorado
m. $15,110.00 in United States Currency
n. $2,340.00 in United States Currency
o. 11425 Helena Street, Commerce City, Colorado
p. $4,000.00 in United States Currency
q. 2015 Lexus RX 350 VIN: JTJZK1BA6F2422782
r. $3,100.00 in United States Currency
s. 15725 E. 97th Avenue, Commerce City, Colorado
t. $3,332.00 in United States Currency
u. $5,294.00 in United States Currency
v. $8,120.00 in United States Currency
w. $5,154.00 in United States Currency
x. 385 Matsuno Street, Brighton, Colorado
y. 2014 Honda CRV VIN: 3CZRM3H33EG710843
z. 370 Clubhouse Drive, Fort Lupton, Colorado

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-

referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202

SO ORDERED this ____ day of _____, 2019.

BY THE COURT:

_____
United States District Court
Judge/Magistrate Judge