IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02313-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   $69,375.00 IN UNITED STATES CURRENCY;
2.   $9,715.00 IN UNITED STATES CURRENCY;
3.   10908 UNITY LANE, COMMERCE CITY, COLORADO;
4.   MEN'S ROLEX OYSTER PERPETUAL DATE WATCH;
5.   3428 PURCELL STREET, BRIGHTON, COLORADO;
6.   $8,101.00 IN UNITED STATES CURRENCY;
7.   14358 GLENAYRE CIRCLE, PARKER, COLORADO;
8.   $14,998.00 IN UNITED STATES CURRENCY;
9.   $22,036.00 IN UNITED STATES CURRENCY;
10.   2016 LEXUS GX 460, VIN: JTJBM7FX9G5145879;
11.   $5,044.00 IN UNITED STATES CURRENCY;
12.   674 WIND ROWER COURT, BRIGHTON, COLORADO;
13.   $15,110.00 IN UNITED STATES CURRENCY;
14.   $2,340.00 IN UNITED STATES CURRENCY;
15.   11425 HELENA STREET, COMMERCE CITY, COLORADO;
16.   $4,000.00 IN UNITED STATES CURRENCY;
17.   2015 LEXUS RX 350 VIN: JTJZK1BA6F2422782;
18.   $3,100.00 IN UNITED STATES CURRENCY;
19.   15725 E. 97TH AVENUE, COMMERCE CITY, COLORADO;
20.   $3,332.00 IN UNITED STATES CURRENCY;
21.   $5,294.00 IN UNITED STATES CURRENCY;
22.   $8,120.00 IN UNITED STATES CURRENCY;
23.   $5,154.00 IN UNITED STATES CURRENCY;
24.   385 MATSUNO STREET, BRIGHTON, COLORADO;
25.   2014 HONDA CRV VIN: 3CZRM3H33EG710843; AND
26.   370 CLUBHOUSE DRIVE, FORT LUPTON, COLORADO;

    Defendants.

_____

**NOTICE OF FILING AMENDED COMPLAINT**
_____

1

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, and provides notice pursuant to D.C.COLO.LCivR 15.1(a) that the United States filed its *Amended Verified Complaint for Forfeiture in Rem* pursuant to Fed. R. Civ. P. 15(a)(1). Filed as a separate document labeled as Exhibit A is a copy of the *Amended Verified Complaint for Forfeiture in Rem* that indicates the modifications from the original complaint. The Unites States filed Exhibit A as a separate document because it intends to seek Level 2 restriction of Exhibit A, but not of this notice.

DATED this 13th day of April 2020.

                        Respectfully submitted,

                        JASON R. DUNN
                        United States Attorney

                        By:  *s/ Elizabeth Young*
                        Elizabeth Young
                        Assistant United States Attorney
                        1801 California Street, Ste. 1600
                        Denver, Colorado 80202
                        Telephone: (303) 454-0100
                        Fax: (303) 454-0405
                        E-mail: Elizabeth.Young2@usdoj.gov
                        *Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of April 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all attorneys of record.

                                          s/ *Jasmine Zachariah*
                                          FSA Data Analyst
                                          Office of the U.S. Attorney