IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02313-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $69,375.00 IN UNITED STATES CURRENCY;
2. $9,715.00 IN UNITED STATES CURRENCY;
3. 10908 UNITY LANE, COMMERCE CITY, COLORADO;
4. MEN'S ROLEX OYSTER PERPETUAL DATE WATCH;
5. **3428 PURCELL STREET, BRIGHTON, COLORADO**;
6. $8,101.00 IN UNITED STATES CURRENCY;
7. 14358 GLENAYRE CIRCLE, PARKER, COLORADO;
8. $14,998.00 IN UNITED STATES CURRENCY;
9. $22,036.00 IN UNITED STATES CURRENCY;
10. 2016 LEXUS GX 460, VIN: JTJBM7FX9G5145879;
11. $5,044.00 IN UNITED STATES CURRENCY;
12. 674 WIND ROWER COURT, BRIGHTON, COLORADO;
13. $15,110.00 IN UNITED STATES CURRENCY;
14. $2,340.00 IN UNITED STATES CURRENCY;
15. 11425 HELENA STREET, COMMERCE CITY, COLORADO;
16. $4,000.00 IN UNITED STATES CURRENCY;
17. 2015 LEXUS RX 350 VIN: JTJZK1BA6F2422782;
18. $3,100.00 IN UNITED STATES CURRENCY;
19. 15725 E. 97TH AVENUE, COMMERCE CITY, COLORADO;
20. $3,332.00 IN UNITED STATES CURRENCY;
21. $5,294.00 IN UNITED STATES CURRENCY;
22. $8,120.00 IN UNITED STATES CURRENCY;
23. $5,154.00 IN UNITED STATES CURRENCY;
24. 385 MATSUNO STREET, BRIGHTON, COLORADO;
25. 2014 HONDA CRV VIN: 3CZRM3H33EG710843; AND
26. 370 CLUBHOUSE DRIVE, FORT LUPTON, COLORADO;

       Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the *United States' Unopposed Motion for Final Order of Forfeiture for Property in Lieu of a Certain Defendant Asset*. The Court having reviewed said Motion FINDS that:

The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881. (Doc. 22);

The facts and verifications as set forth in the *Amended Verified Complaint for Forfeiture in Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant asset: $275,295.03 in United States currency in lieu of defendant 3428 Purcell Street, Brighton, Colorado;

All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 27 and 51);

The United States and Claimant Shui Q. Lin reached a settlement resolving all issues in dispute as to defendant 3428 Purcell Street. The settlement provides that:

a. Claimant Shui Q. Lin would market and sell defendant 3428 Purcell Street and remit 69% of the net seller's proceeds to the United States in lieu of defendant 3428 Purcell Street;

b. The United States would forfeit 69% of the net seller's proceeds in lieu of defendant 3428 Purcell Street; and

c. The parties to the agreement waive any claim to costs and attorney's fees under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

No other claims have been filed as to defendant 3428 Purcell Street and the time for any interested party to do so has elapsed.

IT IS THEREFORE ORDERED that:

The *United States' Unopposed Motion for Final Order of Forfeiture for Property in Lieu of a Certain Defendant Asset* is GRANTED;

The United States shall have full and legal title to the following asset and may dispose of the asset in accordance with law and in accordance with the terms and provisions of the parties' settlement agreement: $275,295.03 in United States currency in lieu of defendant 3428 Purcell Street;

The Clerk of the Court is directed to enter Final Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant asset pursuant to 28 U.S.C. § 2465.

SO ORDERED this 2nd day of September, 2021.

                                              BY THE COURT:

                                              _____

                                              N. Reid Neureiter
                                              United States Magistrate Judge